UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| PATRICIA DURAN,<br><br>     Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL INSURANCE COMPANY,<br><br>     Defendant. | No. 1:21-CV-083-H |

### ORDER OF DISMISSAL

Before the Court is plaintiff Patricia Duran's Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 29. The stipulation of dismissal has been signed by all parties. *Id.* at 2–3. Therefore, the stipulation is approved. It is ordered that Duran's claims against American National Insurance Company are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on February 8, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE